IN THE UNITED STATES DISTRICT COURT
THE DISTRICT OF COLORADO

Civil Action No. _____

UNITED STATES SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

JEFFREY O. FRIEDLAND,
GLOBAL CORPORATE STRATEGIES LLC, AND
INTIVA PHARMA LLC,

    Defendants,

and

LANE 6552 LLC,
KATHY B. FRIEDLAND,
ASPEN UPPER RANCH LLC,
ASSURANCE MANAGEMENT, LLC, AND
THE JEFFREY AND KATHY FRIEDLAND IRREVOCABLE TRUST,

    Relief Defendants.

## DECLARATION OF CHARLES J. FELKER

I, Charles J. Felker, do hereby declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following statements are true and correct, and I am competent to testify to the matters stated herein:

1. I am employed as an Assistant Director in the Washington, D.C. office of the Division of Enforcement of the United States Securities and Exchange Commission ("SEC"). I have been employed by the SEC in the Division of Enforcement since September 1994 and have conducted and supervised investigations of potential violations of federal securities laws.

2. I supervised the investigation, *OWC Pharmaceutical Research Corp.* (HO-13159). As part of my duties, I have supervised other attorneys and investigators and worked on this investigation into possible violations of the federal securities laws since it started, including the investigation of activities of Jeffrey O. Friedland ("Friedland") and OWC Pharmaceutical Research Corp. ("OWC").

3. I make this Declaration based upon personal knowledge, information, and belief. The sources of my information and the bases of my belief are documents obtained and reviewed by myself and other SEC staff, interviews of witnesses conducted by myself and other SEC staff, and information provided to me by other members of the SEC staff. To the extent that there are assertions herein concerning dates and numbers, they are approximate, based upon information and evidence gathered to date. Because the SEC submits this Declaration for the limited purpose of supporting its Application for an Asset Freeze, I have not set forth each and every fact that I know about the investigation.

4. A trading analysis prepared by the staff based on records obtained from clearing firms indicates that that Friedland and his wife received approximately $6.9 million in total net proceeds from Friedland's direct or indirect offer and sale of more than 6.4 million shares of OWC stock through accounts in the name of Lane 6552 LLC and Intiva Pharma LLC.

5. An analysis of bank records prepared by the staff indicates that Jeffrey Friedland and his wife, Kathy Friedland used these proceeds for the following things: (a) they transferred approximately $4.1 million to an investment account at Fidelity owned by Kathy Friedland's company, Lane 6552 LLC, of which approximately $3 million remains in the account; (b) they made large purchases, including an approximately $1.8 million home in Snowmass, Colorado that they paid for in cash and then deeded to Relief Defendant Aspen Upper Ranch LLC, as well as a classic piano and two automobiles for roughly $100,000; and (c) they transferred hundreds of thousands of dollars from the sales proceeds to relatives, associates, entities under their control, in certain instances for no apparent consideration.

6. SEC staff recently learned that on February 14, 2018, that Kathy Friedland wrote checks on the Fidelity account in January 2018 totaling $530,000–one to herself for $400,000 with a note referencing a certain condominium in Denver, and one to Lane 6552 for $130,000.

2

7.   On February 22, 2018, SEC staff learned that Kathy Friedland wrote herself a check out of the Fidelity account on or around February 15, 2018 for $300,000, apparently to complete the purchase of the condominium.

8.   On February 23, 2018, SEC staff confirmed that Kathy Friedland made an all-cash purchase of the Denver area condo referenced in her January check, for a total cost of $687,000, in a transaction that closed on or around February 15, 2018.

9.   Reports of Foreign Bank and Financial Accounts filed with the Internal Revenue Service from 2013 through 2017 indicate that Jeffrey Friedland has maintained ownership or signatory control over bank and brokerage accounts outside the United States, including in Hong Kong, Switzerland, and Germany. According to a "Current Report," or Form 8-K filed with the Commission on October 16, 2017, Friedland is the Chairman and CEO of INTIVA, Inc., an Ontario, Canada company. The "Bio" on Friedland's website, www.jeffeyfriedland.com, states that Mr. Friedland previously maintained an office for Friedland Capital in China and "continues to make frequent visits to the Asia-Pacific region and Latin America." Accordingly, the Commission staff is concerned that upon learning of the SEC complaint, Mr. Friedland would have the opportunity to transfer some of the OWC stock-trading proceeds that are the subject of the Complaint outside of the United States.

10.  In light of the inability to prevent similar dissipation of proceeds before they have transpired, I hereby certify that the Commission believes providing Defendants and Relief Defendants with advance notice of this emergency motion seeking an asset freeze will allow them to dissipate or conceal proceeds of Friedland's alleged illegal sales and any assets that may have been purchased with those monies.

Executed: March 5, 2018

Charles J. Felker