IN THE UNITED STATES DISTRICT COURT
THE DISTRICT OF COLORADO

Civil Action No. _____

UNITED STATES SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

    v.

JEFFREY O. FRIEDLAND,
GLOBAL CORPORATE STRATEGIES LLC, AND
INTIVA PHARMA LLC,

    Defendants,

 and

LANE 6552 LLC,
KATHY B. FRIEDLAND,
ASPEN UPPER RANCH LLC,
ASSURANCE MANAGEMENT, LLC, AND
THE JEFFREY AND KATHY FRIEDLAND IRREVOCABLE TRUST,

    Relief Defendants.

---

## DECLARATION OF SHIPRA G. WELLS

---

I, Shipra G. Wells, do hereby declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following statements are true and correct, and I am competent to testify to the matters stated herein:

1. I am employed as an accountant in the Washington, D.C. office of the Division of Enforcement of the United States Securities and Exchange Commission. I hold a bachelor's degree from The Pennsylvania State University, and I hold the Chartered Financial Analyst and the Certified Financial Planner designations.

2. As part of my duties, I reviewed the sales of OWC Pharmaceutical Research Corp. ("OWC") shares in the accounts of Lane 6552 LLC ("Lane 6552") and Intiva Pharma LLC ("Intiva Pharma"), and the subsequent transfer of sales proceeds out of these accounts and the

use of sales proceeds. I believe the facts in this declaration to be true and correct based my review of the financial account records listed on Exhibit A. The facts are further summarized in Exhibits B and C.

### Lane 6552

3.      On March 2, 2017, Lane 6552 deposited 5,134,375 shares of OWC into Spencer Edwards Inc. account XXXXXX417 ("Lane SE Account"). From March 2, 2017, to March 21, 2017, Lane 6552 sold all of those shares for net proceeds totaling approximately $6,490,400, Ex. B at Item 5.[1]

4.      From March 7, 2017, to March 24, 2017, Lane 6552 wired a total of approximately $6,489,800 from Lane SE Account to its First American State Bank account XXX426 ("Lane FASB Account"), Ex. B at Item 3.

5.      My review of the financial records set forth in Exhibit A shows that between March 1, 2017 and January 31, 2018, the overwhelming majority of funds in Lane FASB Account were proceeds from the sales of OWC shares described in paragraph 3 above, Ex. B at Items 29-31.[2] The following use of funds in Lane FASB Account during this period could not be made but for proceeds from the sales of OWC shares. Between March 9, 2017 and January 31, 2018, at least $7,394,900 was debited from Lane FASB account.[3] Specifically:

---

[1] On March 20, 2017, Lane 6552 also purchased 64,000 shares of US Stem Cell Inc. in Lane SE Account and subsequently sold all of those shares on March 22, 2017, for a net profit of approximately $28. The funds used to purchase US Stem Cell Inc. shares were proceeds from the sales of OWC shares, Ex. B at Items 5-6.

[2] This includes $905,000 that was deposited into Lane FASB Account from Lane 6552's Fidelity account XXX-XXX466 ("Lane Fidelity Account") between August 8, 2017 and January 16, 2018. The original source of funds for this $905,000 can overwhelmingly be traced to OWC sales proceeds that flowed through Lane FASB Account and, apparently, the appreciation on the investment of OWC sales proceeds, Ex. B at Items 31, 39, and 43-44.

[3] This includes $905,000 that was debited from Lane FASB Account to Lane Fidelity Account and subsequently credited back to Lane FASB Account. See Footnote 2.

2

a. Between March 9, 2017 and January 29, 2018, payments to various credit card companies totaling approximately $492,400, Ex. B at Item 10;

b. Between March 10, 2017 and January 29, 2018, transfers to First American State Bank account XXX215, in the name of Global Corporate Strategies LLC, totaling $168,000, Ex. B at Item 11;

c. Between March 10, 2017 and March 23, 2017, checks cashed to Lane 6552's Fidelity account XXX-XXX466 ("Lane Fidelity Account") totaling $4,150,000, Ex. B at Item 12;[4]

d. On March 14, 2017, check cashed to Kuni Lexus for approximately $45,500, Ex. B at Item 13;

e. On March 15, 2017, transfer to Kathy Friedland's personal checking account of $25,000, Ex. B at Item 14;

f. On March 16, 2017, check cashed to Groove Mazda for approximately $32,200, Ex. B at Item 15;

g. Between March 20, 2017 and January 23, 2018, checks cashed to Hope Friedland or Lauren Hope Friedland totaling approximately $32,600, Ex. B at Item 16;

h. On March 20, 2017, transfer to First American State Bank account XXX475, Intiva Kotzker Pharmaceuticals Inc. ("Intiva Kotzker FASB Account") of $26,000, Ex. B at Item 17.

   i. On March 20, 2017, $26,000 was also transferred to Intiva Kotzker FASB Account from First American State Bank account XXX303, an account in the

---

[4] Between August 8, 2017, and January 16, 2018, a total of $905,000 was deposited back into Lane FASB Account from Lane Fidelity Account, Ex. B at Item 39. See Footnote 2.

3

  name of Richard Greenberg ("Greenberg FASB Account"), Ex. B at Item 52; and

 ii. Also that day, $50,000 was wired from Intiva Kotzker FASB Account to Securities Compliance Corp., Ex. B at Item 49;

i. Between March 21, 2017 and December 22, 2017, checks cashed to various entities and individuals totaling approximately $45,000, of less than $10,000 each, Ex. B at Item 26;

j. Between June 7, 2017 and January 31, 2018, checks cashed to Jason Friedland totaling approximately $30,900, Ex. B at Item 20;

k. On July 5, 2017, check cashed to Stewart Title Company for $100,000, and on August 16, 2017, wire to "Stewart Title" of approximately $1,885,400, with the information: "ESC # 01330-100040 PROPERTY ADD 46 MEADOW RD SNOWMASS CO 81615 BUYER ASPEN UPPER RANCH LLC TELE 970 925 3577," Ex. B at Item 21;

l. On July 12, 2017, check cashed to Jeffrey Friedland and Kathy Friedland Irrevocable Trust for $112,000, Ex. B at Item 22;

m. On August 23, 2017, check cashed to Kathy and Jeffrey Friedland Foundation for $10,000, Ex. B at Item 25;

n. On March 28 and March 29, 2017, checks cashed to two entities for $100,000 each ($200,000 aggregate), Ex. B at Items 18 and 19;

o. On July 27, 2017, check cashed to an individual for $12,300, Ex. B at Item 23;

p. On August 23, 2017, check cashed to Classic Pianos for approximately $22,400, Ex. B at Item 24; and

4

    q. On January 22, 2018, check cashed to Intiva Biopharma for $5,200, Ex. B at Item 27.

    r. As of January 31, 2018, the ending balance in Lane FASB Account was $943.02, Ex. B at Item 32.

6. From March 1, 2017 to January 31, 2018, all deposits into Lane Fidelity Account, which totaled $4,150,000, were from Lane FASB Account, Ex. B at Item 43. During this period, at least $1,320,000 was debited from Lane Fidelity Account and used as follows:

    a. Between August 8, 2017 and January 16, 2018, checks deposited to Lane FASB Account for $905,000, Ex. B at Item 39;

    b. On November 3, 2017, check cashed to Global Corporate Strategies for $15,000, Ex. B at Item 40; and

    c. On January 29, 2018, check cashed to Kathy Friedland for $400,000 with the memo line that states "Condo #27 Cherry Hills 3," Ex. B at Item 41.[5]

7. On February 14, 2018, Kathy Friedland cashed a $300,000 check to herself from Lane Fidelity Account, Ex. B at Line 46.[6] As of February 28, 2018, the ending balance in Lane Fidelity Account was $3,059,492.15, Ex. B at 47.

### Intiva Pharma

8. On June 9, 2017, Intiva Pharma deposited 1,322,222 shares of OWC into its Spencer Edwards Inc. account XXXXXX086 ("Intiva Pharma SE Account"). From June 27,

---

[5] The back of the check image indicates the check was deposited by First American State Bank. On the endorsement line, the check includes in writing the number of an account in the name of Kathy Bankoff Friedland Trust at First American State Bank.

[6] The back of the check image indicates the check was deposited by First American State Bank. On the endorsement line, the check includes in writing the number of an account in the name of Kathy Bankoff Friedland Trust at First American State Bank.

2017 through September 22, 2017, Intiva Pharma sold 1,297,222 of those shares for net proceeds totaling approximately $479,000, Ex. C at Item 5.

9. From June 30, 2017 through September 26, 2017, Intiva Pharma wired a total of approximately $475,000 from Intiva Pharma SE Account to its First American State Bank account XXX657 ("Intiva Pharma FASB Account"), Ex. C at Item 3.

10. My review of the financial records set forth in Exhibit A shows that from June 1, 2017 through January 31, 2017, all of the approximately $475,000 funds in Intiva Pharma FASB Account were proceeds from sales of OWC shares described in paragraph 8 above and, potentially, an immaterial amount of earnings on those sales proceeds, Ex. C at Item 12. The following use of funds in Intiva Pharma FASB Account during this period could not be made but for proceeds from the sales of OWC shares. Between July 3, 2017 and August 30, 2017, $381,000 was debited from Intiva Pharma FASB Account. Specifically:

   a. On July 3, 2017, transfer to First American State Bank account XXX083, Intiva Real Estate LLC ("Intiva Real Estate FASB Account") of $25,000, Ex. C at Item 10. On July 5, 2017, Intiva Real Estate FASB Account transferred $25,000 to Greenberg FASB Account, Ex. C at Item 15;

   b. On July 13, 2017, transfer to Intiva Real Estate FASB Account of $25,000, Ex. C at Item 10. On July 13, 2017, Intiva Real Estate FASB Account transferred $25,000 to Greenberg FASB Account, Ex. C at Item 15;

   c. On August 2, 2017, transfer to First American State Bank Account XXX873, Intiva Leasing LLC ("Intiva Leasing FASB Account") of $108,000, Ex. C at Item 11. On August 2, 2017, Intiva Leasing FASB Account wired approximately

$108,100 to Assurance Management LLC ("Assurance Management"), Ex. C at Item 20;

d. On August 3, 2017, transfer to Intiva Leasing FASB Account of $100,000, Ex. C at Item 11. On August 4, 2017, the Intiva Leasing FASB Account wired approximately $98,600 to Assurance Management, Ex. C at Item 20; and

e. On August 30, 2017, transfer to Intiva Leasing FASB Account of $123,000, Ex. C at Item 11. Also on August 30, 2017, "Intiva USA Inc" transferred $21,000 to Intiva Leasing FASB Account, Ex. C at Item 23. Then on August 31, 2017, Intiva Leasing FASB Account wired approximately $146,500 to Assurance Management, Ex. C at Item 20.

f. As of January 31, 2018, the ending balance in Intiva Pharma FASB Account was $94,038.22, Ex. C. at Item 13.

Executed: March 2, 2018

*Shipra G. Wells*
_____
Shipra G. Wells

Documents Reviewed - Exhibit A

First American State Bank account list
    SEC-FASB-E-0000044 TO SEC-FASB-E-0000045

First American State Bank account XXX215, Global Corporate Strategies LLC
    SEC-FASB-P-0000278 TO SEC-FASB-P-0000325

First American State Bank account XXX475, Intiva Kotzker Pharmaceuticals Inc
    SEC-FASB-E-0000362
    SEC-FASB-E-0000400 TO SEC-FASB-E-0000404
    SEC-FASB-E-0000535
    SEC-FASB-E-0000551

First American State Bank account XXX873, Intiva Leasing LLC
    SEC-FASB-E-0000546
    SEC-FASB-E-0000480 TO SEC-FASB-E-0000482
    SEC-FASB-E-0000494
    SEC-FASB-E-0000552 TO SEC-FASB-E-0000553

First American State Bank account XXX657, Intiva Pharma LLC
    SEC-FASB-E-0000544 TO SEC-FASB-E-0000545
    SEC-FASB-E-0000002 TO SEC-FASB-E-0000031
    SEC-FASB-E-0000558

First American State Bank account XXX083, Intiva Real Estate LLC
    SEC-FASB-E-0000314
    SEC-FASB-E-0000319
    SEC-FASB-E-0000535

First American State Bank account XXX426, Lane 6552 LLC
    SEC-FASB-P-0000016 TO SEC-FASB-P-0000017
    SEC-FASB-E-0000536 TO SEC-FASB-E-0000543
    SEC-FASB-E-0000547 TO SEC-FASB-E-0000550
    SEC-FASB-P-0000022 TO SEC-FASB-P-0000065
    SEC-FASB-E-0000554 TO SEC-FASB-E-0000557

Spencer Edwards Inc. account XXXXXX417, Lane 6552 LLC
    SEC-SEDWARDS-E-0000374 TO SEC-SEDWARDS-E-0000435

Spencer Edwards Inc. account XXXXXX086, Intiva Pharma LLC
    SEC-SEDWARDS-E-0000271 TO SEC-SEDWARDS-E-0000296
    SEC-SEDWARDS-E-0000330 TO SEC-SEDWARDS-E-0000353
    SEC-SEDWARDS-E-0000022 TO SEC-SEDWARDS-E-0000063
    SEC-SEDWARDS-E-0000491 TO SEC-SEDWARDS-E-0000492

Fidelity account XXX-XXX466, Lane 6552 LLC
    SEC-FBS-E-0000532 TO SEC-FBS-E-0000611
    SEC-FBS-E-0000831 TO SEC-FBS-E-0000883

Network 1 Financial Securities account XXXX-X133, Lane 6552 LLC
SEC-NETWORK1-E-0000119 TO SEC-NETWORK1-E-0000124

Lane 6552 - Exhibit B

| Line Item | LANE 6552 LLC, XXXXXX417 - SPENCER EDWARDS INC ("LANE SE ACCOUNT") | | |
|---|---|---|---|
| 1 | **3/1/2017 CASH/MONEY FUND OPENING BALANCE** | $ | (25.00) |
| 2 | **3/1/2017 OWC SHARE OPENING BALANCE** | | - |
| | DEBITS | | |
| 3 | LANE SE ACCOUNT TO LANE FASB ACCOUNT, 3/7/2017 TO 3/24/2017 | $ | 6,489,798.73 |
| 4 | WIRE FEES, 3/7/2017 TO 3/24/2017 | $ | 600.00 |
| | CREDITS | | |
| 5 | PROCEEDS OF OWCP, 3/2/2017 TO 3/21/2017 | $ | 6,490,396.15 |
| 6 | PROFIT FROM US STEM CELL, 3/20/2017 TO 3/22/2017 | $ | 27.58 |
| 7 | **3/31/2017 CASH/MONEY FUND ENDING BALANCE** | $ | - |
| 8 | **3/31/2017 OWC SHARE ENDING BALANCE** | | - |

|   | LANE 6552 LLC, XXX426 - FIRST AMERICAN STATE BANK ("LANE FASB ACCOUNT") | | |
|---|---|---|---|
| 9 | **3/1/2017 OPENING BALANCE** | $ | **550.00** |
|   | DEBITS | | |
| 10 | CREDITS CARDS, 3/9/2017 TO 1/29/2018 | $ | 492,377.88 |
| 11 | LANE FASB ACCOUNT TO GCS FASB ACCOUNT, 3/10/2017 TO 1/29/2018 | $ | 168,000.00 |
| 12 | LANE FASB ACCOUNT TO LANE FIDELITY ACCOUNT, 3/10/2017 TO 3/23/2017 | $ | 4,150,000.00 |
| 13 | "KUNI LEXUS," 3/14/2017 | $ | 45,515.53 |
| 14 | LANE FASB ACCOUNT TO KATHY BANKOFF FRIEDLAND ACCOUNT XXX593, 3/15/2017 | $ | 25,000.00 |
| 15 | "GROOVE MAZDA," 3/16/2017 | $ | 32,222.37 |
| 16 | "HOPE FRIEDLAND," OR "LAUREN HOPE FRIEDLAND," 3/20/2017 TO 1/23/2018 | $ | 32,618.00 |
| 17 | LANE FASB ACCOUNT TO INTIVA KOTZKER FASB ACCOUNT, 3/20/2017 | $ | 26,000.00 |
| 18 | "STRATEGIC TECHNOLOGY ADVISORS LLC," 3/28/2017 | $ | 100,000.00 |
| 19 | "RESPIRE RX PHARMACEUTICALS INC," 3/29/2017 | $ | 100,000.00 |
| 20 | "JASON FRIEDLAND," 6/7/2017 TO 1/31/2018 | $ | 30,855.00 |
| 21 | "STEWART TITLE," 7/5/2017 TO 8/16/2017 | $ | 1,985,398.97 |
| 22 | "JEFFREY FRIEDLAND AND KATHY FRIEDLAND IRREVOCABLE TRUST," 7/12/2017 | $ | 112,000.00 |
| 23 | "MIJU HOLZMANN," 7/27/2017 | $ | 12,300.00 |
| 24 | "CLASSIC PIANOS," 8/23/2017 | $ | 22,354.90 |
| 25 | "KATHY AND JEFFREY FRIEDLAND FOUNDATION," 8/23/2017 | $ | 10,000.00 |
| 26 | VARIOUS ENTITIES, INDIVS, EACH TRANSACTION <$10K, 3/21/2017 TO 12/22/2017 | $ | 45,038.06 |
| 27 | "INTIVA BIOPHARMA," 1/22/2018 | $ | 5,200.00 |
| 28 | WIRE FEE, 8/16/2017 | $ | 25.00 |
|   | CREDITS | | |
| 29 | LANE SE ACCOUNT TO LANE FASB ACCOUNT, 3/7/2017 TO 3/24/2017 | $ | 6,489,798.73 |
| 30 | LANE 6552 LLC ACCOUNT XXXX-X133 TO LANE FASB ACCOUNT, 5/31/2017 | $ | 500.00 |
| 31 | LANE FIDELITY ACCOUNT TO LANE FASB ACCOUNT, 8/8/2017 TO 1/16/2018 | $ | 905,000.00 |
| 32 | **1/31/2018 BALANCE** | $ | **943.02** |

|  | GLOBAL CORPORATE STRATEGIES LLC, XXX215 - FIRST AMERICAN STATE BANK ("GCS FASB ACCOUNT") | | |
|---|---|---|---|
| 33 | 3/1/2017 OPENING BALANCE | $ | 9,805.96 |
|  | DEBITS | | |
| 34 | TOTAL DEBITS DURING PERIOD, 3/1/2017 TO 10/31/2017 | $ | 249,661.57 |
|  | CREDITS | | |
| 35 | LANE FASB ACCOUNT TO GCS FASB ACCOUNT, 3/10/2017 TO 9/20/2017 | $ | 153,000.00 |
| 36 | TOTAL OTHER CREDITS DURING PERIOD, 3/3/2017 TO 10/30/2017 | $ | 92,433.70 |
| 37 | 10/31/2017 ENDING BALANCE | $ | 5,578.09 |

|  | LANE 6552 LLC, XXX-XXX466 - FIDELITY ("LANE FIDELITY ACCOUNT") | | |
|---|---|---|---|
| 38 | 3/1/2017 OPENING BALANCE | $ | - |
|  | DEBITS | | |
| 39 | LANE FIDELITY ACCOUNT TO LANE FASB ACCOUNT, 8/8/2017 TO 1/16/2018 | $ | 905,000.00 |
| 40 | "GLOBAL CORPORATE STRATEGIES," 11/3/2017 | $ | 15,000.00 |
| 41 | "KATHY FRIEDLAND," 1/29/2018 | $ | 400,000.00 |
| 42 | COSTS, FEES AND CHARGES, 3/17/2017 TO 1/25/2018 | $ | 283.76 |
|  | CREDITS | | |
| 43 | LANE FASB ACCOUNT TO LANE FIDELITY ACCOUNT, 3/10/2017 TO 3/23/2017 | $ | 4,150,000.00 |
| 44 | TOTAL CHANGE IN INV VALUE DURING PERIOD, 3/6/2017 TO 1/31/2018 | $ | 621,066.47 |
| 45 | 1/31/2018 ENDING BALANCE | $ | 3,450,782.71 |
| 46 | *DEBIT TO "KATHY FRIEDLAND," 2/14/2018* | $ | *300,000.00* |
| 47 | 2/28/2018 ENDING BALANCE | $ | 3,059,492.15 |

|  | **INTIVA KOTZKER PHARMACEUTICALS INC, XXX475 - FIRST AMERICAN STATE BANK ("INTIVA KOTZKER FASB ACCOUNT")** | | |
|---|---|---|---|
| 48 | **3/17/2017 OPENING BALANCE** | $ | - |
|  | DEBITS | | |
| 49 | SECURITIES COMPLIANCE CORP, 3/20/2017 | $ | 50,000.00 |
| 50 | WIRE FEE, 3/20/2017 | $ | 25.00 |
|  | CREDITS | | |
| 51 | LANE FASB ACCOUNT TO INTIVA KOTZKER FASB ACCOUNT, 3/20/2017 | $ | 26,000.00 |
| 52 | RICHARD GREENBERG ACCOUNT XXX303 TO INTIVA KOTZKER FASB ACCOUNT, 3/20/2017 | $ | 26,000.00 |
| 53 | **4/4/2017 ENDING BALANCE** | $ | **1,975.00** |
| 54 | **12/29/2017 ENDING BALANCE** | $ | **2,593.70** |

| Line Item | INTIVA PHARMA LLC, XXXXXX086 - SPENCER EDWARDS INC ("INTIVA PHARMA SE ACCOUNT") | |
|---|---|---|
| 1 | **6/1/2017 CASH/MONEY FUND OPENING BALANCE** | $ - |
| 2 | **6/1/2017 OWC SHARE OPENING BALANCE** | - |
| | DEBIT | |
| 3 | INTIVA PHARMA SE ACCOUNT TO INTIVA PHARMA FASB ACCOUNT, 6/30/2017 TO 9/26/2017 | $ 475,038.22 |
| 4 | ACCOUNT FEES, 6/8/2017 TO 9/26/2017 | $ 3,990.00 |
| | CREDIT | |
| 5 | PROCEEDS OF OWCP, 6/27/2017 TO 9/22/2017 | $ 479,025.91 |
| 6 | ACCUM. EARNINGS, 7/31/2017 TO 9/28/2017 | $ 2.93 |
| 7 | **9/29/2017 CASH/MONEY FUND ENDING BALANCE** | **$ 0.62** |
| 8 | **9/29/2017 OWC SHARE ENDING BALANCE** | **25,000 shares** |

| | INTIVA PHARMA LLC, XXX657 - FIRST AMERICAN STATE BANK ("INTIVA PHARMA FASB ACCOUNT") | |
|---|---|---|
| 9 | **6/1/2017 OPENING CASH BALANCE** | $ - |
| | DEBIT | |
| 10 | INTIVA PHARMA FASB ACCOUNT TO INTIVA REAL ESTATE FASB ACCOUNT, 7/3/2017 TO 7/13/2017 | $ 50,000.00 |
| 11 | INTIVA PHARMA FASB ACCOUNT TO INTIVA LEASING FASB ACCOUNT, 8/2/2017 TO 8/30/2017 | $ 331,000.00 |
| | CREDIT | |
| 12 | INTIVA PHARMA SE ACCOUNT TO INTIVA PHARMA FASB ACCOUNT, 6/30/2017 TO 9/26/2017 | $ 475,038.22 |
| 13 | **1/31/2018 ENDING BALANCE** | **$ 94,038.22** |

|    | INTIVA REAL ESTATE LLC, XXX083 - FIRST AMERICAN STATE BANK ("INTIVA REAL ESTATE FASB ACCOUNT") | |
|----|---|---|
| 14 | 7/1/2017 OPENING BALANCE | $ 1,431.70 |
|    | DEBIT | |
| 15 | INTIVA REAL ESTATE FASB ACCOUNT TO RICHARD GREENBERG ACCOUNT XXX303, 7/5/2017 TO 7/13/2017 | $ 50,000.00 |
|    | CREDIT | |
| 16 | INTIVA PHARMA FASB ACCOUNT TO INTIVA REAL ESTATE FASB ACCOUNT, 7/3/2017 TO 7/13/2017 | $ 50,000.00 |
| 17 | 7/31/2017 ENDING BALANCE | $ 1,431.70 |
| 18 | 12/29/2017 ENDING BALANCE | $ 205.26 |

|    | INTIVA LEASING LLC, XXX873 - FIRST AMERICAN STATE BANK ("INTIVA LEASING FASB ACCOUNT") | |
|----|---|---|
| 19 | 8/1/2017 OPENING BALANCE | $ 2,403.48 |
|    | DEBIT | |
| 20 | INTIVA REAL ESTATE FASB ACCOUNT TO ASSURANCE MANAGEMENT LLC, 8/2/2017 TO 8/31/2017 | $ 353,195.00 |
| 21 | WIRE FEES, 8/2/2017 TO 8/31/2017 | $ 75.00 |
|    | CREDIT | |
| 22 | INTIVA PHARMA FASB ACCOUNT TO INTIVA LEASING FASB ACCOUNT, 8/2/2017 TO 8/30/2017 | $ 331,000.00 |
| 23 | "INTIVA USA INC" TO INTIVA LEASING FASB ACCOUNT, 8/30/2017 | $ 21,000.00 |
| 24 | 8/31/2017 BALANCE | $ 1,133.48 |
| 25 | 12/29/2017 BALANCE | $ 912.93 |