IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. _____

UNITED STATES SECURITIES AND EXCHANGE COMMISSION,

       Plaintiff,

       v.

JEFFREY O. FRIEDLAND,
GLOBAL CORPORATE STRATEGIES LLC, AND
INTIVA PHARMA LLC,

       Defendants,

 and

LANE 6552 LLC,
KATHY B. FRIEDLAND,
ASPEN UPPER RANCH LLC,
ASSURANCE MANAGEMENT, LLC, AND
THE JEFFREY AND KATHY FRIEDLAND IRREVOCABLE TRUST,

       Relief Defendants.

---

## INFORMATION FOR ASSET FREEZE

---

Attorneys for Plaintiff:

    Christian D. H. Schultz, U.S. Securities and Exchange Commission

    Timothy Halloran, U.S. Securities and Exchange Commission

    Michael T. Grimes, U.S. Securities and Exchange Commission

Telephone number: (202) 551-4740 (Schultz)

 Attorney for Defendants:

    Unknown

Concise statement as to type of claim:

<u>This is a securities fraud case brought by the United States Securities and Exchange Commission under the anti-fraud provisions of the federal securities laws.</u>

Jurisdiction (cite statute):

Section 22(a) of the Securities Act of 1933[15 U.S.C. § 77v(a)], Sections 21(d), 21(e), and 27 of the Securities Exchange Act of 1934 [15 U.S.C. §§ 78u(d)-(e) and 78aa].

Hearing: See D.C.COLO.LCivR.7.lA

    Date Motion for Temporary Restraining Order filed March XX, 2018

    Estimated length of hearing   30 Minutes

    Request hearing be set for __X today   ____tomorrow   ___within one week

    Reason why immediate action is needed:

    There is a risk that stolen investor funds, or assets purchased with stolen investor funds may be transferred, dissipated, or secreted.

Notice:

    Has opposing party and/or attorney been notified? ____Yes  X  No

    If "yes," state when and by what means

    If "no," state reason:

    There is a risk that stolen investors' funds or assets purchased with stolen investor funds, maybe transferred, dissipated, or secreted.

Date: March 5, 2018

                                       Respectfully submitted,

                                       *s/ Christian D. H. Schultz*
                                       Christian D. H. Schultz
                                       Assistant Chief Litigation Counsel
                                       Timothy Halloran
                                       Assistant Chief Litigation Counsel
                                       Michael C. Grimes
                                       Counsel
                                       U.S. Securities and Exchange Commission
                                       100 F Street NE
                                       Washington, DC 20549
                                       (202) 551-4740 (Schultz)
                                       schultzc@sec.gov
                                       hallorant@sec.gov
                                       grimesmi@sec.gov