**GRIMES DECLARATION**

**EXHIBIT A**

Exhibit A:

| 1 | Lane 6552 Account Statements, SEC-SEDWARDS-E-0000382-0000392 |
|---|---|
| 2 | Intiva Account Statements, SEC-SEDWARDS-E-0000271-0000296 |
| 3 | Alpine Trade Blotter, SEC-ASC-E-0003167 |
| 4 | Lane 6552 Trade Confirmations, SEC-SEDWARDS-E-0000393-0000435 |
| 5 | Intiva Trade Confirmations, SEC-SEDWARDS-E-0000022- 0000063 |
| 6 | FBARs filed by Friedland from 2/22/2009 to 4/12/2017 |