**GRIMES DECLARATION**

**EXHIBIT B**

Exhibit B:
OWCP Stock Sold by Lane 6552 LLC (A/C 460950417)

| | Trade Date | B/S | Quantity | Average Price | Gross Proceeds | Commission/Fees | Net Proceeds |
|---|---|---|---|---|---|---|---|
| 1 | 3/2/2017 | S | 173,807 | $1.724390 | $299,711.05 | $14,893.19 | $284,817.86 |
| 2 | 3/3/2017 | S | 436,509 | $1.355150 | $591,535.17 | $29,344.84 | $562,190.33 |
| 3 | 3/6/2017 | S | 70,251 | $1.407866 | $98,904.00 | $4,948.86 | $93,955.14 |
| 4 | 3/6/2017 | S | 188,570 | $1.512359 | $285,185.60 | $14,173.85 | $271,011.75 |
| 5 | 3/6/2017 | S | 241,179 | $1.394301 | $336,276.08 | $16,703.95 | $319,572.13 |
| 6 | 3/7/2017 | S | 80,000 | $1.495600 | $119,648.00 | $5,976.14 | $113,671.86 |
| 7 | 3/8/2017 | S | 100,000 | $1.266050 | $126,605.00 | $6,320.86 | $120,284.14 |
| 8 | 3/8/2017 | S | 76,487 | $1.288874 | $98,582.11 | $4,932.91 | $93,649.20 |
| 9 | 3/9/2017 | S | 100,000 | $1.218259 | $121,825.90 | $6,084.00 | $115,741.90 |
| 10 | 3/9/2017 | S | 100,000 | $1.217222 | $121,722.22 | $7,296.08 | $114,426.14 |
| 11 | 3/9/2017 | S | 100,000 | $1.223969 | $122,396.88 | $7,336.23 | $115,060.65 |
| 12 | 3/9/2017 | S | 50,000 | $1.211800 | $60,590.00 | $3,051.48 | $57,538.52 |
| 13 | 3/9/2017 | S | 50,000 | $1.284900 | $64,245.00 | $3,232.49 | $61,012.51 |
| 14 | 3/10/2017 | S | 17,000 | $1.201920 | $20,432.64 | $1,058.89 | $19,373.75 |
| 15 | 3/10/2017 | S | 50,000 | $1.237255 | $61,862.73 | $3,114.51 | $58,748.22 |
| 16 | 3/10/2017 | S | 50,000 | $1.239701 | $61,985.05 | $3,120.57 | $58,864.48 |
| 17 | 3/10/2017 | S | 83,000 | $1.255300 | $104,189.90 | $5,210.63 | $98,979.27 |
| 18 | 3/10/2017 | S | 50,000 | $1.210000 | $60,500.00 | $3,047.02 | $57,452.98 |
| 19 | 3/10/2017 | S | 100,000 | $1.226430 | $122,643.00 | $6,124.46 | $116,518.54 |
| 20 | 3/13/2017 | S | 100,000 | $1.447950 | $144,795.00 | $7,221.46 | $137,573.54 |
| 21 | 3/13/2017 | S | 100,000 | $1.479905 | $147,990.50 | $7,379.71 | $140,610.79 |
| 22 | 3/13/2017 | S | 100,000 | $1.454087 | $145,408.73 | $7,251.85 | $138,156.88 |
| 23 | 3/13/2017 | S | 100,000 | $1.480690 | $148,069.00 | $7,383.60 | $140,685.40 |
| 24 | 3/13/2017 | S | 50,000 | $1.450000 | $72,500.00 | $3,641.29 | $68,858.71 |
| 25 | 3/13/2017 | S | 200,000 | $1.403619 | $280,723.82 | $16,760.14 | $263,963.68 |
| 26 | 3/13/2017 | S | 50,000 | $1.396900 | $69,845.00 | $4,208.26 | $65,636.74 |
| 27 | 3/14/2017 | S | 221,267 | $1.340337 | $296,572.44 | $14,737.76 | $281,834.68 |
| 28 | 3/14/2017 | S | 67,572 | $1.412727 | $95,460.81 | $4,778.35 | $90,682.46 |
| 29 | 3/15/2017 | S | 250,000 | $1.213528 | $303,382.02 | $15,074.98 | $288,307.04 |
| 30 | 3/15/2017 | S | 250,000 | $1.243173 | $310,793.16 | $15,442.00 | $295,351.16 |
| 31 | 3/15/2017 | S | 250,000 | $1.256102 | $314,025.51 | $15,602.06 | $298,423.45 |
| 32 | 3/16/2017 | S | 150,000 | $1.227312 | $184,096.87 | $9,167.76 | $174,929.11 |
| 33 | 3/16/2017 | S | 278,733 | $1.180636 | $329,082.30 | $16,347.70 | $312,734.60 |
| 34 | 3/17/2017 | S | 150,000 | $1.283474 | $192,521.05 | $9,584.94 | $182,936.11 |
| 35 | 3/17/2017 | S | 250,000 | $1.310978 | $327,744.42 | $16,281.45 | $311,462.97 |
| 36 | 3/20/2017 | S | 200,000 | $1.258470 | $251,694.00 | $12,515.29 | $239,178.71 |
| 37 | 3/21/2017 | S | 50,000 | $1.382442 | $69,122.09 | $3,474.00 | $65,648.09 |
| 38 | 3/21/2017 | S | 100,000 | $1.351442 | $135,144.19 | $6,743.54 | $128,400.65 |
| 39 | 3/21/2017 | S | 100,000 | $1.390910 | $139,091.00 | $6,938.99 | $132,152.01 |
| 40 | | | | | | | |
| 41 | Total: | | 5,134,375 | $1.331594 | $6,836,902.24 | $346,506.09 | $6,490,396.15 |