# GRIMES DECLARATION

# EXHIBIT C

Exhibit C:
OWCP Stock Sold by Intiva Pharma LLC (A/C 368664086)

|    | Trade Date | B/S | Quantity | Average Price | Gross Proceeds | Commission/Fees | Net Proceeds |
|----|------------|-----|----------|---------------|----------------|-----------------|--------------|
| 1  | 6/27/2017  | S   | 54,663   | $0.715580     | $39,115.75     | $2,183.62       | $36,932.13   |
| 2  | 6/27/2017  | S   | 81,390   | $0.739690     | $60,203.37     | $3,330.65       | $56,872.72   |
| 3  | 6/29/2017  | S   | 1,710    | $0.620000     | $1,060.20      | $103.01         | $957.19      |
| 4  | 7/10/2017  | S   | 25,000   | $0.522400     | $13,060.00     | $760.06         | $12,299.94   |
| 5  | 7/11/2017  | S   | 25,000   | $0.464300     | $11,607.50     | $680.86         | $10,926.64   |
| 6  | 7/12/2017  | S   | 25,000   | $0.430200     | $10,755.00     | $634.38         | $10,120.62   |
| 7  | 7/13/2017  | S   | 25,000   | $0.472800     | $11,820.00     | $692.45         | $11,127.55   |
| 8  | 7/14/2017  | S   | 25,000   | $0.450000     | $11,250.00     | $717.62         | $10,532.38   |
| 9  | 7/17/2017  | S   | 25,000   | $0.440500     | $11,012.50     | $648.42         | $10,364.08   |
| 10 | 7/18/2017  | S   | 25,000   | $0.487380     | $12,184.50     | $712.32         | $11,472.18   |
| 11 | 7/19/2017  | S   | 25,000   | $0.479470     | $11,986.75     | $761.47         | $11,225.28   |
| 12 | 7/19/2017  | S   | 25,000   | $0.479470     | $11,986.75     | $701.53         | $11,285.22   |
| 13 | 7/20/2017  | S   | 25,000   | $0.473780     | $11,844.50     | $693.78         | $11,150.72   |
| 14 | 7/21/2017  | S   | 25,000   | $0.437880     | $10,947.00     | $644.86         | $10,302.14   |
| 15 | 7/24/2017  | S   | 25,000   | $0.408909     | $10,222.73     | $605.36         | $9,617.37    |
| 16 | 7/25/2017  | S   | 25,000   | $0.394430     | $9,860.75      | $585.62         | $9,275.13    |
| 17 | 7/26/2017  | S   | 82,456   | $0.377712     | $31,144.62     | $1,904.77       | $29,239.85   |
| 18 | 7/27/2017  | S   | 70,000   | $0.318910     | $22,323.70     | $1,379.74       | $20,943.96   |
| 19 | 7/27/2017  | S   | 57,003   | $0.327043     | $18,642.43     | $1,160.61       | $17,481.82   |
| 20 | 7/28/2017  | S   | 25,000   | $0.351070     | $8,776.75      | $570.41         | $8,206.34    |
| 21 | 7/28/2017  | S   | 50,000   | $0.318534     | $15,926.70     | $998.96         | $14,927.74   |
| 22 | 7/31/2017  | S   | 25,000   | $0.344060     | $8,601.50      | $559.97         | $8,041.53    |
| 23 | 8/11/2017  | S   | 25,000   | $0.296480     | $7,412.00      | $489.17         | $6,922.83    |
| 24 | 8/14/2017  | S   | 25,000   | $0.284700     | $7,117.50      | $471.65         | $6,645.85    |
| 25 | 8/15/2017  | S   | 25,000   | $0.293700     | $7,342.50      | $485.03         | $6,857.47    |
| 26 | 8/16/2017  | S   | 25,000   | $0.322700     | $8,067.50      | $528.19         | $7,539.31    |
| 27 | 8/17/2017  | S   | 25,000   | $0.350000     | $8,750.00      | $568.81         | $8,181.19    |
| 28 | 8/18/2017  | S   | 25,000   | $0.341000     | $8,525.00      | $555.42         | $7,969.58    |
| 29 | 8/21/2017  | S   | 25,000   | $0.329120     | $8,228.00      | $537.75         | $7,690.25    |
| 30 | 8/22/2017  | S   | 25,000   | $0.300000     | $7,500.00      | $494.41         | $7,005.59    |
| 31 | 8/23/2017  | S   | 25,000   | $0.305000     | $7,625.00      | $501.85         | $7,123.15    |
| 32 | 8/24/2017  | S   | 25,000   | $0.300563     | $7,514.08      | $495.24         | $7,018.84    |
| 33 | 8/25/2017  | S   | 25,000   | $0.310000     | $7,750.00      | $509.28         | $7,240.72    |
| 34 | 8/28/2017  | S   | 25,000   | $0.330000     | $8,250.00      | $539.06         | $7,710.94    |
| 35 | 8/30/2017  | S   | 25,000   | $0.290000     | $7,250.00      | $479.53         | $6,770.47    |
| 36 | 8/31/2017  | S   | 25,000   | $0.275800     | $6,895.00      | $458.39         | $6,436.61    |
| 37 | 9/5/2017   | S   | 25,000   | $0.290000     | $7,250.00      | $479.53         | $6,770.47    |
| 38 | 9/11/2017  | S   | 25,000   | $0.286100     | $7,152.50      | $473.73         | $6,678.77    |
| 39 | 9/12/2017  | S   | 25,000   | $0.295000     | $7,375.00      | $486.97         | $6,888.03    |
| 40 | 9/14/2017  | S   | 10,000   | $0.285650     | $2,856.50      | $216.23         | $2,640.27    |
| 41 | 9/15/2017  | S   | 15,000   | $0.280000     | $4,200.00      | $296.78         | $3,903.22    |
| 42 | 9/18/2017  | S   | 25,000   | $0.270000     | $6,750.00      | $449.76         | $6,300.24    |
| 43 | 9/21/2017  | S   | 25,000   | $0.251000     | $6,275.00      | $421.49         | $5,853.51    |
| 44 | 9/22/2017  | S   | 25,000   | $0.239200     | $5,980.00      | $403.93         | $5,576.07    |
| 45 |            |     |          |               |                |                 |              |
| 46 | **Total:** |     | **1,297,222** | **$0.393455** | **$510,398.58** | **$31,372.67** | **$479,025.91** |