IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:18-cv-00529-MSK-MEH

UNITED STATES SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

        v.

JEFFREY O. FRIEDLAND,
GLOBAL CORPORATE STRATEGIES LLC, AND
INTIVA PHARMA LLC,

        Defendants,

  and

LANE 6552 LLC,
KATHY B. FRIEDLAND,
ASPEN UPPER RANCH LLC,
ASSURANCE MANAGEMENT, LLC, AND
THE JEFFREY AND KATHY FRIEDLAND IRREVOCABLE TRUST,

        Relief Defendants.

---

### JOINT MOTION TO EXTEND EX PARTE ASSET FREEZE PERIOD AND POSTPONE NON-EVIDENTIARY HEARING AND RELATED DEADLINES

---

Counsel for Plaintiff United States Securities Exchange Commission ("SEC") and counsel for all Defendants and Relief Defendants except Assurance Management, LLC (collectively, "Friedland Defendants"), have begun discussions regarding this case, including the asset freeze established by the Court's March 8, 2018 Opinion and Order ("March 8 Order") (ECF No. 7).  Counsel for the SEC and the Friedland Defendants have agreed to a temporary extension of the asset freeze, and they intend to continue their discussions during the asset freeze in the hope of narrowing the issues in dispute and potentially making an evidentiary hearing unnecessary.

Accordingly, the SEC and the Friedland Defendants jointly move the Court to: (a) extend the asset freeze set by the Court's March 8 Order to continue through March 30, 2018; (b)

postpone the non-evidentiary hearing currently scheduled for March 13, 2018 until no earlier than March 26, 2018, to allow the parties to continue discussions about extending the asset freeze beyond March 30, 2018; (c) set a deadline of March 20, 2018 for the parties to advise the Court of any need for a non-evidentiary hearing concerning an extension to the asset freeze; (d) extend the deadline for the Friedland Defendants to file any response to the SEC's motion for an asset freeze (ECF No. 2) until March 19, 2018; and (e) set a deadline of March 23, 2018 for the SEC to reply to any response by the Friedland Defendants.

Date: March 9, 2018                                            Respectfully submitted,

/s/ Christian D. H. Schultz
Christian D. H. Schultz
Assistant Chief Litigation Counsel
Timothy Halloran
Assistant Chief Litigation Counsel
U.S. Securities and Exchange Commission
100 F Street NE
Washington, DC 20549
(202) 551-4740 (Schultz)
(202) 551-4414 (Halloran)
schultzc@sec.gov
hallorant@sec.gov

*Counsel for Plaintiff United States Securities and Exchange Commission*

/s/ Jonathan Haray
Jonathan Haray
Ilana Eisenstein
DLA Piper
500 Eighth Street, NW
Washington, DC 20004
(202) 799-4350(Haray)
Jonathan.Haray@dlapiper.com

*Counsel for Friedland Defendants*[1]

---

[1] Counsel for the Friedland Defendants have just been retained and SEC counsel has committed to notify them if the Court makes any decision before they have made appearances.