**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger**

Civil Action No. 18-cv-00529-MSK-MEH

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION,**

    Plaintiff,

v.

**JEFFREY O. FRIEDLAND,
GLOBAL CORPORATE STRATEGIES, LLC, and
INTIVA PHARMA, LLC,**

    Defendants.

---

## JUDGMENT

---

    **PURSUANT TO** the Court's December 4, 2019 Order **(# 94)** granting in part the parties' Joint Motion for Judgment By Consent **(# 92)**, the Court enters judgment in this case in favor of the Plaintiff, United States Securities and Exchange Commission, and against the Defendants, Jefferey O. Friedland, Global Corporate Strategies, LLC ("Global"), and Intiva Pharma, LLC ("Intiva") as follows:

    1. All three Defendants are enjoined from participating in an offering of penny stock, defined as "any equity security that has a price of less than five dollars, except as provided in 17 C.F.R. § 240.3a51-1," including engaging in activities with a broker, dealer, or issuer for purposes of issuing, trading, or inducing or attempting to induce the purchase or sale of any penny stock. This injunction as against Mr. Friedland and Global shall be in place for a period of 10 years from the date of this Judgment; the injunction as against Intiva shall be permanent.

2. Mr. Friedland and Global shall be liable to Plaintiff, jointly and severally, for disgorgement of profits in the amount of $2,089,979.02, plus pre-judgment interest in the amount of $69,020.98, for a total of $2,159,000. This sum shall be paid within 14 days of entry of this Judgment.

3. Separately from the provisions of Paragraph 2, Mr. Friedland shall further be liable to Plaintiff for a civil penalty in the additional amount of $2,000,000 pursuant to 15 U.S.C. § 77t(d) and 15 U.S.C. § 78u(d)(3). This sum shall be paid in two installments. The first installment, in the sum of $1,289,965.66, shall be paid within 14 days of entry of this Judgment. The second installment, in the sum of $710,034.34, shall be paid within 1 year of entry of this Judgment.

4. Invita shall be liable to Plaintiff for disgorgement of profits in the sum of $20,000. This sum shall be paid within 14 days of entry of this Judgment.

5. The payments due under Paragraphs 2, 3, and 4 of this Judgment shall be on the further payment terms as set forth in Sections V, VI, and VII of Docket # 92-2 in this action. Such terms are deemed incorporated herein.

6. Global is enjoined from selling, transferring, encumbering, or collateralizing the condominium located at 2800 University Blvd., Unit #27, Denver, Colorado, until such time as Global has satisfied its obligations under Paragraph 2 of this Judgment. Notwithstanding the foregoing, Global may sell, transfer, encumber, or collateralize that property for the sole purpose of generating proceeds to satisfy this Judgement, provided that such proceeds are transferred

directly from the title company or escrow agent to the Plaintiff in conformance with the applicable provisions of Paragraph 5.

Dated this 4th day of December, 2019.

**BY THE COURT:**

_Marcia S. Krieger_

Marcia S. Krieger
Chief United States District Judge