IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Civil Action No. 18-cv-0529-WJM-MEH

UNITED STATES SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

JEFFREY O. FRIEDLAND,
GLOBAL CORPORATRE STRATEGIES, LLC, and
INTIVA PHARMA, LLC,

    Defendants.
_____

**ORDER TO PAY FEES AND EXPENSES OF DISTRIBUTION AGENT**
_____

    The Court, having reviewed Plaintiff Securities and Exchange Commission's ("SEC" or the "Commission") Motion to Pay Fees and Expenses of Distribution Agent (the "Motion") (ECF No. 107), and for good cause shown,

    IT IS HEREBY ORDERED:

    1. The Motion is GRANTED.

    2. The SEC shall issue payment under the case name designation "*SEC v. Jeffrey O. Friedland, et al.*" for the amount of $146,848.59 payable to **JND Legal Administration**, for the payment of fees and expenses incurred by the distribution agent between April 2021 and June 2022.

Dated this 12th day of December, 2022.

BY THE COURT:

_____
William J. Martínez
United States District Judge