UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                Plaintiff,<br><br>v.<br><br>JEFFREY O. FRIEDLAND, GLOBAL CORPORATE STRATEGIES, LLC, and INTIVA PHARMA, LLC,<br><br>                Defendants. | Case No. 1:18-cv-00529<br><br>Honorable William J. Martínez |

**PLAINTIFF'S MOTION FOR AN ORDER AUTHORIZING THE SEC TO PAY THE FUTURE TAX OBLIGATIONS OF THE FAIR FUND AND PAY THE FUTURE FEES AND EXPENSES OF THE TAX ADMINISTRATOR AS WELL AS PAY THE CURRENT AND FUTURE FEES AND EXPENSES OF THE DISTRIBUTION AGENT WITHOUT FURTHER COURT ORDER**

Plaintiff U.S. Securities and Exchange Commission (the "SEC" or the "Commission") respectfully moves this Court for an Order with respect to funds under the Court's jurisdiction in this case (the "Fair Fund"): (i) authorizing the SEC to approve and arrange for the payment of the future tax obligations of the Fair Fund and the related future fees and expenses of the tax administrator, Miller Kaplan Arase LLP ("Tax Administrator"), from the Fair Fund without further Court order; and (ii) authorizing the SEC to approve and arrange for the payment of the current and future fees and expenses of the distribution agent, JND Legal Administration ("Distribution Agent"), from the Fair Fund without further Court order.

**Background**

1. On March 5, 2018, the SEC filed a Complaint against Jeffrey O. Friedland ("Friedland"), Global Corporate Strategies, LLC ("Global"), and Intiva Pharma, LLC ("Intiva") (collectively, the "Defendants") and several Relief Defendants, alleging violations of the federal securities laws. *See* ECF No.1.

2. On December 4, 2019, after the parties reached a settlement, the Court entered a Judgment against the Defendants. *See* ECF No. 95. The Judgment found Friedland and Global jointly and severally liable for disgorgement in the amount of $2,089,979.02, plus pre-judgment interest in the amount of $69,020.98; found Friedland further liable for a civil penalty in the amount of $2,000,000; found Intiva liable for disgorgement in the amount of $20,000; and permanently enjoined Defendants from participating in an offering of penny stock. *See id*. ¶¶ 1-4. The total amount owed by Defendants under the Judgment was $4,179,000.00.

3. The Commission originally held $4,179,000.00 paid by the Defendants pursuant to the Final Judgment, comprising the Fair Fund. The Fair Fund is held in an SEC-designated account with the United States Department of the Treasury. The current balance of the Fair Fund, as of June 10, 2025, is $230,118.97.

**Authorization to Pay the Tax Obligations of the Fair Fund and
Tax Administrator Fees and Expenses**

4. In an effort to meet tax payment deadlines, avoid the assessment of late payment penalties, and make timely payment to the Tax Administrator for services provided, the SEC requests that SEC staff be authorized to approve and arrange for the payment of all future tax obligations of the QSF and future reasonable related fees and expenses of the Tax Administrator

from the Fair Fund without further Court order. The SEC staff follows a rigorous process for reviewing and approving invoices before payment is made. The SEC's Office of Distributions requires and reviews, in a multi-step process, detailed invoices from the Tax Administrator that describe the work performed, the billing rate, and the time expended on each task. If the Court authorizes the SEC staff to approve and arrange for the payment of taxes and related fees and expenses of the Tax Administrator without further Court order, the SEC staff will use its expertise in distributions and knowledge of this specific distribution to review all proposed charges. The SEC staff will approve and arrange for payment only of appropriate and properly documented taxes and related fees and expenses of the Tax Administrator. Authorizing such approval and arrangement of payment ensures timely and efficient payment of taxes, reducing the risk of late tax payments and penalties, and ensures timely payment of the related fees and expenses of the Tax Administrator. All tax payments and tax administration fees and expenses will be reported to this Court in the final accounting of the Fair Fund once all Court authorized distributions have been completed.

### **Authorization to Pay Fees and Expenses of the Distribution Agent**

5. To make timely payment to the Distribution Agent for services provided, the SEC further requests that SEC staff be authorized to approve and arrange for the payment of all current and future fees and expenses of the Distribution Agent from the Fair Fund without further Court order.

6. For the period from March 2023 to May 2025, the Distribution Agent incurred fees and expenses of $162,211.13 for services provided in connection with the administration of

the Distribution Fund. *See* the following invoices detailing the services provided, which are filed separately as Exhibits:

> Invoice No. 148795 - $52,206.32 dated March 27, 2023
> Invoice No. 149330 - $4,974.92 dated June 12, 2023
> Invoice No. 171911 - $66,687.67 dated June 26, 2024
> Invoice No. 172930 - $11,821.96 dated October 30, 2024
> Invoice No. 173182 - $6,069.54 dated December 9, 2024
> Invoice No. 174083 - $2,220.17 dated February 7, 2025
> Invoice No. 174378 - $6,068.47 dated March 19, 2025
> Invoice No. 174915 - $12,162.08 dated May 29, 2025

7. The invoices have been reviewed by the undersigned Commission counsel who has determined that the services have been provided and that the rates do not exceed those identified in the Distribution Agent's cost proposal, and therefore has no objections.

**WHEREFORE**, the SEC respectfully requests that this Court enter the attached proposed Order and grant such other relief as the Court deems just and proper.

Dated: June 10, 2025

Respectfully submitted,

*/s/ Allison J.P. Moon*

Allison J.P. Moon
Attorney for Plaintiff
U.S. Securities and Exchange Commission
100 F Street NE
Washington, DC 20549
Tel: (202) 551-3015
Email: moona@sec.gov