| BILL TO | | JND Legal Administration d/b/a |
|---|---|---|
| Noel Gittens<br>GittensN@sec.gov | cc:<br>DistPrgmAnalysis@sec.gov | Class Action Administration LLC<br>1100 2nd Ave., Suite 300<br>Seattle, WA 98101<br>206.788.8750 |
| Brian Beirne<br>beirnebr@sec.gov | | accounting@classactionadmin.com<br>www.jndla.com |

# Invoice

Billing Period: July 1, 2022 - February 28, 2023

Matter: Jeffrey O'Friedland Fair Fund (HO-13159-A)
Proposal Amount: $228,112.07
Total amount to date to administer the distribution: $199,054.91
Percentage of work completed: 50%
Number of false claims received: 134

| DATE | INVOICE # |
|---|---|
| 3/27/2023 | 148795 |

| PROJECT | TERMS |
|---|---|
| JOF - JEFFREY O FREIDLAND FAIR FUND | Net 30 |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | **DEVELOP AND OVERSEE DISTRIBUTION PLAN** | | |
| 11.25 | Economic analysis and Harm/Loss calculation | 182.56 | 2,053.75 |
| | **DATA AND DOCUMENTS** | | |
| 6.75 | Intake Data and Set up Case Database | 112.96 | 762.50 |
| 56 | Electronic Conversion of Potential Eligible Investor Data: * 1 to 4,999 | 0.45 | 25.20 |
| 6.75 | Format Document(s) | 80.00 | 540.00 |
| 2.25 | Interface with Transfer Agents & Brokers | 125.00 | 281.25 |
| | **HARMED INVESTORS / CLAIMS PROCESS** | | |
| 33 | Data entry of potential eligible investor list: * 1 to 4,999 | 0.40 | 13.20 |
| 1 | Electronic conversion of potential eligible investor data: * 1 to 4,999 | 0.15 | 0.15 |
| 1,678 | Prepare and mail notification letters, claim forms, deficiency / rejection letters, etc. (per letter) (USPS)* 1 to 4,999 | 0.95 | 1,594.10 |
| 1,316 | Prepare and mail notification letters, claim forms, deficiency/rejection letters, etc. (per postcard) (USPS) * 1 to 4,999 | 0.95 | 1,250.20 |
| 1,316 | Estimated Domestic Postage (per postcard) | 0.49 | 639.55 |
| 1,678 | Estimated Domestic Postage (per letter) | 0.61 | 1,029.17 |
| 591 | Prepare and electronically mail notification letters, claim forms, etc. (per email) forms, etc. | 0.05 | 29.55 |

***Payment Instructions***
Check: Class Action Administration LLC, 1100 2nd Ave., Suite #300, Seattle, WA 98101
Electronic: Account Name: Class Action Administration LLC, Account Number: 1381 2299 2573
Bank Name: Bank of America, Wire ABA #: 026009593, ACH Routing #: 125000024

| BILL TO | | JND Legal Administration d/b/a<br>Class Action Administration LLC<br>1100 2nd Ave., Suite 300<br>Seattle, WA 98101<br>206.788.8750<br>accounting@classactionadmin.com<br>www.jndla.com |
|---|---|---|
| Noel Gittens<br>GittensN@sec.gov<br><br>Brian Beirne<br>beirnebr@sec.gov | cc:<br>DistPrgmAnalysis@sec.gov | |

# Invoice

| DATE | INVOICE # |
|---|---|
| 3/27/2023 | 148795 |

Billing Period: July 1, 2022 - February 28, 2023

Matter: Jeffrey O'Friedland Fair Fund (HO-13159-A)
Proposal Amount: $228,112.07
Total amount to date to administer the distribution: $199,054.91
Percentage of work completed: 50%
Number of false claims received: 134

| PROJECT | TERMS |
|---|---|
| JOF - JEFFREY O FREIDLAND FAIR FUND | Net 30 |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| 132 | Contact potentially eligible investors lacking documentation and obtain corrected information: * 1 to 4,999 | 0.95 | 125.40 |
| 57 | Respond to investors whose claims will be denied * 1 to 4,999 | 0.95 | 54.15 |
| 122 | Analyze paper claim forms; identify duplicate, unverifiable or fraudulent claims: * 1 to 4,999 | 5.95 | 725.90 |
| 21 | Analyze electronic claim forms; identify duplicate, unverifiable, or fraudulent claims: * 1 to 4,999 | 5.95 | 124.95 |
| 8 | Scan and sort all mail: * 1 to 4,999 | 0.30 | 2.40 |
| | CALL CENTER | | |
| 8,845 | Interactive Voice Response (IVR): * 5,000 to 9,999 | 0.32 | 2,830.40 |
| 8 | Monthly Toll free Call Center Maintenance Fees | 70.00 | 560.00 |
| | PROJECT MANAGEMENT & REPORTING | | |
| 152.25 | Project Management | 122.21 | 18,607.15 |
| 2 | Reporting (As requested) | 100.00 | 200.00 |
| | OFFICE OF FOREIGN ASSETS CONTROL (OFAC) | | |
| 0.5 | Fund Administrator fees to implement OFAC | 95.00 | 47.50 |

***Payment Instructions***
Check: Class Action Administration LLC, 1100 2nd Ave., Suite #300, Seattle, WA 98101
Electronic: Account Name: Class Action Administration LLC, Account Number: 1381 2299 2573
Bank Name: Bank of America, Wire ABA #: 026009593, ACH Routing #: 125000024

| BILL TO | | |
|---|---|---|
| Noel Gittens<br>GittensN@sec.gov | cc:<br>DistPrgmAnalysis@sec.gov | |
| Brian Beirne<br>beirnebr@sec.gov | | |

JND Legal Administration d/b/a
Class Action Administration LLC
1100 2nd Ave., Suite 300
Seattle, WA  98101
206.788.8750
accounting@classactionadmin.com
www.jndla.com

# Invoice

Billing Period: July 1, 2022 - February 28, 2023

Matter: Jeffrey O'Friedland Fair Fund (HO-13159-A)
Proposal Amount: $228,112.07
Total amount to date to administer the distribution: $199,054.91
Percentage of work completed: 50%
Number of false claims received: 134

| DATE | INVOICE # |
|---|---|
| 3/27/2023 | 148795 |

| PROJECT | TERMS |
|---|---|
| JOF - JEFFREY O FREIDLAND FAIR FUND | Net 30 |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | **REPORTING & RECORD KEEPING** | | |
| 545,417 | Computer services and data maintenance (electronic records): Maintain, store, and provide copies of records, including those of all claims filed, if applicable, and whether granted or denied (upon request) - per matter* 50,000 and above | 0.006 | 3,272.50 |
| 1,039 | Photocopies | 0.15 | 155.85 |
| 71 | Box Storage | 1.50 | 106.50 |
| 8 | Monthly Status Report | 150.00 | 1,200.00 |
| 8 | Archived Storage - Electronic | 25.00 | 200.00 |
| | **MISCELLANEOUS SERVICES** - Not separately priced, services to be negotiated on and as needed | | |
| 8 | PO Box | 150.00 | 1,200.00 |
| 184.75 | Contact Center Handle Time | 78.89 | 14,575.00 |

***Payment Instructions***
Check: Class Action Administration LLC, 1100 2nd Ave., Suite #300, Seattle, WA  98101
Electronic:  Account Name:  Class Action Administration LLC, Account Number:  1381 2299 2573
Bank Name:  Bank of America, Wire ABA #: 026009593, ACH Routing #: 125000024

| BILL TO | | JND Legal Administration d/b/a<br>Class Action Administration LLC<br>1100 2nd Ave., Suite 300<br>Seattle, WA 98101<br>206.788.8750<br>accounting@classactionadmin.com<br>www.jndla.com |
|---|---|---|
| Noel Gittens<br>GittensN@sec.gov<br><br>Brian Beirne<br>beirnebr@sec.gov | cc:<br>DistPrgmAnalysis@sec.gov | |

# Invoice

| DATE | INVOICE # |
|---|---|
| 3/27/2023 | 148795 |

Billing Period: July 1, 2022 - February 28, 2023

Matter: Jeffrey O'Friedland Fair Fund (HO-13159-A)
Proposal Amount: $228,112.07
Total amount to date to administer the distribution: $199,054.91
Percentage of work completed: 50%
Number of false claims received: 134

| PROJECT | TERMS |
|---|---|
| JOF - JEFFREY O FREIDLAND FAIR FUND | Net 30 |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Certification Statement:<br>To the best of our knowledge, all fees and expenses are reasonable and in conformance with the proposal, and no funds are being distributed to persons or entities known to have participated in the underlying wrongdoing or are otherwise known to be conflicted from receiving any benefits from the SEC.<br><br>Fund Administrator Signature: *Shandarese Garr*<br><br>Date: March 27, 2023 | | |

Invoice Total   $52,206.32

***Payment Instructions***
Check: Class Action Administration LLC, 1100 2nd Ave., Suite #300, Seattle, WA 98101
Electronic: Account Name: Class Action Administration LLC, Account Number: 1381 2299 2573
Bank Name: Bank of America, Wire ABA #: 026009593, ACH Routing #: 125000024

**Total Balance Due**

$199,054.91